IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL PURNELL, on behalf          CIVIL NO.: 1:12-CV-0056-JE
of NANCY L. PURNELL (deceased)

    Plaintiff

       v.

COMMISSIONER of                     ORDER
Social Security Administration

    Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $5092.37 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct.2521 (2010) .

IT IS SO ORDERED this 13th day of June,  2013.

          /s/ John Jelderks
          JOHN JELDERKS
          UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III      OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone:  (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com