IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL PURNELL, on behalf of NANCY L. PURNELL (deceased)<br><br>    Plaintiff<br><br>    v.<br><br>COMMISSIONER of<br>Social Security Administration<br><br>    Defendant. | CIVIL NO.: 1:12-CV-0056-JE<br><br><br><br><br><br>ORDER |

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $5092.37 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct.2521 (2010) .

IT IS SO ORDERED this 13th day of June, 2013.

                                      /s/ John Jelderks
                                      JOHN JELDERKS
                                      UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III      OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
    Attorney for Plaintiff

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com